FILED
2020 Feb-24 AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KATHRYN G. GARTEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 7:17-cv-01584-MHH-HNJ |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

This is an action for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Ms. Garten challenges an August 12, 2016, disciplinary action at FCC Coleman Camp. On January 29, 2020, the magistrate judge to whom the case was referred entered a report in which he recommended that this petition be dismissed with prejudice. (Doc. 19). Neither party has objected to the report and recommendation.

A district court "may accept, reject, or modify, in whole or part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court reviews legal conclusions in a report *de novo* and reviews for plain error factual findings to which no objection is made. *Garvey v. Vaughn*, 993 F.2d 776, 779 n. 9 (11th Cir. 1993); *see also LoConte v. Dugger,* 847 F.2d 745, 749 (11th Cir. 1988); *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006).

Having reviewed the materials in the record, the Court accepts the magistrate judge's recommendation. By separate order, the Court will dismiss this habeas petition with prejudice.

DONE this 24th day of February, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE